USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1855 UNITED STATES, Appellee, v. DANIEL LEWIS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ______________ ____________________ James L. Sultan, Charles W. Rankin and Rankin & Sultan on brief ________________ __________________ ________________ for appellant. Sheldon Whitehouse, United States Attorney, Margaret E. Curran __________________ ___________________ and Gerard B. Sullivan, Assistant United States Attorneys, on brief ___________________ for appellee. ____________________ January 26, 1998 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that the pat-frisk of defendant was a permissible search and that district court correctly denied suppression of the evidence discovered during that search. We reach this conclusion essentially for the reasons expressed by the district court in its order dated September 9, 1996. We thus reject defendant's appellate contentions that the officers lacked a reasonable suspicion grounded in specific and articulable facts to justify the search and that the officer conducting the search personally did not possess such a reasonable suspicion. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-